# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130251 & (107)

CHARLES F. FAWCETT, LINDA S.
FAWCETT, MICHAEL P. REINERTSEN,
CHERYL L. REINERTSEN, and
NORTHWESTERN SAVINGS BANK
& TRUST,
   Plaintiffs/Counterdefendants-
   Appellees,

v

ESTATE OF ANNETTE C. MEYER,
Deceased, JOSEPH ELFELT, JOAN F.
ELFELT and STEPHEN M. ELFELT,
   Defendants/Counterplaintiffs-
   Appellants,

and

CLARENCE J. MEYER and CLEMENT B.
MEYER,
   Defendants/Counterplaintiffs.
_____/

SC: 130251
COA: 253819
Kalkaska CC: 98-006213-PZ

  On order of the Court, the application for leave to appeal the September 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike is DENIED.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

d0424